O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO. 2:18cr00043-CAS |
| Plaintiff,   ) | |
| v.   ) | FINAL REVOCATION OF |
|    ) | SUPERVISED RELEASE AND |
| JOSE LUIS CHAPA, JR.,   ) | JUDGMENT |
|    ) | |
| Defendant.   ) | |
| _____   ) | |

     On September 19, 2022, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on June 3, 2022 and September 8, 2022. Government counsel, Ian Yanniello, the defendant and his appointed Deputy Federal Public Defender attorney, Michael Citrin, were present. The U.S. Probation Officer, Arlene Carty, was also present.

     The defendant admitted the allegations, in violation of his supervised release, as stated in the Petitions filed on June 3, 2022 and September 8, 2022. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 5, 2018.

     IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. Defendant is hereby committed to the custody of the

///

Bureau of Prisons for a term of twelve (12) months and one (1) day, with no supervision to follow.

THE COURT HEREBY RECOMMENDS defendant be designated to the Lompoc facility.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   September 19, 2022

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: Catherine M. Jeang, Deputy Clerk